**U.S. Bankruptcy Court**
**Northern District of Illinois**

In re:

Bankruptcy Case No. **22−10032**
**JUSTIN RANDOLPH AND STEPHANIE SYLVERNE**
                                                                                           Debtor

Adversary Proceeding No. **22−00190**
**PRAVATI SPV II, LLC**
                                                                                           Plaintiff

v.

**JUSTIN RANDOLPH**
**STEPHANIE SYLVERNE**
                                                                                           Defendant

**SUMMONS IN AN ADVERSARY PROCEEDING**

**To:** JUSTIN RANDOLPH

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| **Address of Clerk** |
|---|
| **Clerk, U.S. Bankruptcy Court** |
| **Northern District of Illinois** |
| **219 S Dearborn** |
| **Chicago, IL 60604** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| **Name and Address of Plaintiff's Attorney/Pro Se Plaintiff** |
|---|
| **Aram Ordubegian** |
| **555 West Fifth Street** |
| **48th Floor** |
| **Los Angeles, CA 90013** |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a status hearing has been set at the following time and place:

| **Address** | |
|---|---|
| **Courtroom 682, 219 S. Dearborn St Chicago, IL 60604 or Using Zoom** | |
| **By video, use link: https://www.zoomgov.com/** | **Status Hearing Date and Time** |
| **By telephone, call 1−669−254−5252 or 1−646−828−7666.** | **01/11/2023 at 10:00AM** |
| **Enter meeting ID 160 9362 1728. No passcode required.** | |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued
11 / 28 / 2022



Jeffrey P. Allsteadt, Clerk Of Court

ILNB 2012

**Pravati v. Randolph et al.**

Plaintiff v Defendant

Adv Proc No: 22−00190

## CERTIFICATE OF SERVICE

I, __Annie Y. Stoops__, certify that service of this summons and a copy of the complaint was made __November 29, 2022__ by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    See attached Service List

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __November 29, 2022__    Signature __/s/ Annie Y. Stoops__

Print Name:    Annie Y. Stoops

Business Address:    ArentFox Schiff LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013

## Service List

Defendant

Justin Randolph
630 Brewster Lane
Schaumburg, IL 60193

Justin Randolph dba Law Office of Justin G. Randolph, Inc.
c/o Justin G. Randolph
53 W Jackson Blvd Ste 1234
Chicago, IL 60604

Defendant's Bankruptcy Counsel

Justin Randolph
c/o Justin R. Storer
Law Office of William J. Factor, Ltd.
105 W. Madison St., Suite 1500
Chicago, IL 60602