# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10032 |
| | ) | |
| JUSTIN RANDOLPH and STEPHANIE SYLVERNE, | ) ) | Chapter 13 |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| PRAVATI SPV II, LLC, | ) | Adv. Case No. 22-00190 |
| | ) | |
| Plaintiff. | ) ) | |
| v. | ) ) | |
| JUSTIN RANDOLPH and STEPHANIE SYLVERNE, husband and wife, d/b/a Law Office of Justin G. Randolph, | ) ) ) | Honorable Judge Deborah L. Thorne |
| | ) | |
| Defendants. | ) ) | |

### NOTICE OF MOTION OF PLAINTIFF PRAVATI SPV II, LLC'S MOTION FOR ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO THE ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND ADVERSARY STATUS HEARING

PLEASE TAKE NOTICE that on **January, 4 2023 at 9:30 a.m.**, I will appear before the Honorable Judge Deborah L. Thorne, or any judge sitting in her place, **either** in Courtroom 682 of Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, IL, or electronically as described below, and present the *Plaintiff Pravati SPV II, LLC'S Motion for Order to Continue Deadline for Defendants to Respond to the Adversary Complaint to Determine Dischargeability of Debt and Adversary Status Hearing* (the "Motion").

**All parties in interest, including the movant, may appear for the presentment of the Motion either in person or electronically using Zoom for Government.**

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

AFDOCS:26736617.2

**Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this Motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the Motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the Motion in advance without a hearing.

| | |
|---|---|
| Dated: December 27, 2022 | By: */s/ Annie Y. Stoops* <br> Aram Ordubegian (*pro hac vice admitted*) <br> Annie Y. Stoops (*pro hac vice admitted*) <br> ArentFox Schiff LLP <br> 555 West Fifth Street, 48th Floor <br> Los Angeles, CA 90013 <br> Telephone: (213) 629-7400 <br> Facsimile: (213) 629-7401 <br> Email: aram.ordubegian@afslaw.com <br> annie.stoops@afslaw.com <br><br> J. Mark Fisher (ARDC No. 3121711) <br> ArentFox Schiff LLP <br> 233 South Wacker Drive, Suite 7100 <br> Chicago, IL 60606 USA <br> Telephone: (312) 258-5500 <br> Facsimile: (312) 258-5600 <br> Email: mark.fisher@afslaw.com <br><br> Attorneys for Pravati SPV II, LLC |

## **CERTIFICATE OF SERVICE**

      I, Annie Y. Stoops, certify that I served a copy of this notice and the attached motion on each entity shown on the following list at the address shown and by the method indicated on the list on December 27, 2022.

**Via ECF**:

Aram Ordubegian on behalf of Plaintiff Pravati SPV II, LLC
aram.ordubegian@afslaw.com

Annie Yang Stoops on behalf of Plaintiff Pravati SPV II, LLC
annie.stoops@arentfox.com

**Via E-Mail**:

Justin R. Storer on behalf of Debtor Justin Randolph
jstorer@wfactorlaw.com, bharlow@wfactorlaw.com

**Via U.S. Mail**

Debtors

Justin Randolph
630 Brewster Lane
Schaumburg, IL 60193

Stephanie Sylverne
630 Brewster Lane
Schaumburg, IL 60193

Debtors' Counsel

Law Office of William J. Factor, Ltd.
105 W. Madison St.
Suite 1500
Chicago, IL 60602

Dated: December 27, 2022

By: */s/ Annie Y. Stoops*
    Annie Y. Stoops (*pro hac vice admitted*)
    ArentFox Schiff LLP
    555 West Fifth Street, 48th Floor
    Los Angeles, CA 90013
    Telephone: (213) 629-7400
    Facsimile: (213) 629-7401
    Email: annie.stoops@afslaw.com

AFDOCS:26736617.2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Case No. 22-10032 |
| ) | |
| JUSTIN RANDOLPH and STEPHANIE ) | Chapter 13 |
| SYLVERNE, ) | |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| PRAVATI SPV II, LLC, ) | Adv. Case No. 22-00190 |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| JUSTIN RANDOLPH and STEPHANIE ) | Honorable Judge Deborah L. Thorne |
| SYLVERNE, husband and wife, d/b/a Law ) | |
| Office of Justin G. Randolph, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF PRAVATI SPV II, LLC'S MOTION FOR ORDER TO CONTINUE DEADLINE FOR DEFENDANTS TO RESPOND TO THE ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT AND ADVERSARY STATUS HEARING**

Plaintiff Pravati SPV II, LLC ("Pravati" or "Plaintiff"), by and through its undersigned counsel, Annie Y. Stoops, hereby requests that the Court enter an order, substantially in the form of the proposed order attached hereto, as agreed to by Pravati and Defendants, to: (1) continue the deadline for defendants to respond to the adversary complaint to determine dischargeability of debt and (2) reset the adversary status hearing, and in support thereof asserts as follows:

- 4 -

AFDOCS:26736617.2

1. On September 1, 2022, the defendants Justin Randolph ("Randolph") and Stephanie Sylverne ("Sylverne" and with Randolph, "Debtors" or "Defendants")[1], filed a joint petition for chapter 13 relief as Bankruptcy Case No. 22-10032.

2. On November 28, 2022, Pravati initiated this adversary proceeding by filing the *Adversary Complaint to Determine Dischargeability of Debt* [Adv. Dkt. No. 1] (the "Complaint").

3. The Defendants' deadline to respond to the Complaint was set for December 28, 2022, and the adversary status hearing was set for January 11, 2023 at 10:00 a.m.

4. Subsequently, counsel for the Plaintiff and Defendants have engaged in discussions regarding Pravati's allegations against Sylverne.

5. In order for the Parties to continue their discussions, and for Pravati to further analyze the claims and evidence against Sylverne, the Parties have agreed to: (1) continue the deadline for the Defendants to respond to the Complaint from December 28, 2022, to January 18, 2023, and (2) reset the adversary status hearing from January 11, 2023, to February 1, 2023, or to a date convenient to the Court's calendar, but no sooner than February 1, 2023.

WHEREFORE, the Pravati respectfully requests this Court enter an order to (1) continue the deadline for defendants to respond to the adversary complaint to determine dischargeability of debt; (2) reset the adversary status hearing to February 1, 2023, or to a date convenient to the Court's calendar, but no sooner than February 1, 2023; and (3) such other relief as this Court deems just and appropriate.

---

[1] Pravati and the Defendants shall hereinafter be referred to collectively as the "Parties," and individually as a "Party."

AFDOCS:26736617.2

Dated: December 27, 2022

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

By: */s/ Annie Y. Stoops*
    Aram Ordubegian (*pro hac vice admitted*)
    Annie Y. Stoops (*pro hac vice admitted*)
    ArentFox Schiff LLP
    555 West Fifth Street, 48th Floor
    Los Angeles, CA 90013
    Telephone: (213) 629-7400
    Facsimile: (213) 629-7401
    Email: aram.ordubegian@afslaw.com
    annie.stoops@afslaw.com

    J. Mark Fisher (ARDC No. 3121711)
    ArentFox Schiff LLP
    233 South Wacker Drive, Suite 7100
    Chicago, IL 60606 USA
    Telephone: (312) 258-5500
    Facsimile: (312) 258-5600
    Email: mark.fisher@afslaw.com

    Attorneys for Plaintiff Pravati SPV II, LLC

AFDOCS:26736617.2

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10032 |
| | ) | |
| JUSTIN RANDOLPH and STEPHANIE SYLVERNE, | ) ) | Chapter 13 |
| | ) | |
| Debtors. | ) ) | |
| | ) | |
| PRAVATI SPV II, LLC, | ) ) | Adv. Case No. 22-00190 |
| Plaintiff. | ) ) | |
| | ) | |
| v. | ) ) | |
| JUSTIN RANDOLPH and STEPHANIE SYLVERNE, husband and wife, d/b/a Law Office of Justin G. Randolph, | ) ) ) ) | Honorable Judge Deborah L. Thorne |
| Defendants. | ) ) | |

## DECLARATION OF ANNIE Y. STOOPS

I, Annie Y. Stoops, declare as follow:

1. I am an attorney at the law firm ArentFox Schiff LLP and counsel to Plaintiff Pravati SPV II, LLC ("Pravati" or "Plaintiff"). If called as a witness, I could and would testify to the matters set forth in this declaration.

2. I make this declaration in support of Plaintiff's *Motion for Order to Continue Deadline for Defendants to Respond to the Adversary Complaint to Determine Dischargeability of Debt and Adversary Status Hearing* (the "Motion"). Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

AFDOCS:26736617.2

3.     I have been engaged in discussions with Defendant's counsel regarding Pravati's allegations against Sylverne.

4.     In order for the Parties to continue their discussions, and for Pravati to further analyze the claims and evidence against Sylverne, I have agreed with Defendants to: (1) continue the deadline for the Defendants to respond to the Complaint from December 28, 2022, to January 18, 2023, and (2) reset the adversary status hearing from January 11, 2023, to February 1, 2023, or to a date convenient to the Court's calendar, but no sooner than February 1, 2023.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 27, 2022, at Los Angeles, California.

By: */s/ Annie Y. Stoops*
　　　Annie Y. Stoops